UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID C. YANG dba DC TAX SERVICE, et al.,<br><br>    Defendants. | No. 1:17-cv-00428-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 23) |

On September 7, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 23.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 8, 2017**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE